## GREGG A. MARCHAND *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 907 (AC 26425), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Gregg A. Marchand,* pro se, in support of the petition.

Decided March 31, 2006

## PETER PASIAKOS *v.* BJ'S WHOLESALE CLUB, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 93 Conn. App. 641 (AC 24072), is denied.

*James H. Lee,* in support of the petition.

*James F. Biondo* and *Tyler M. Barhorst,* in opposition.

Decided March 31, 2006